UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ROBERTI FAMILY, LLC ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | No. 3:20-CV-00554(OAW) |
| ) | |
| vs. ) | |
| ) | |
| TOWN OF KENT, CONNECTICUT, AND ) | |
| PLANNING AND ZONING COMMISSION OF ) | |
| THE TOWN OF KENT, CONNECTICUT ) | OCTOBER 23, 2022 |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Having reached an agreement for the resolution of this matter, Plaintiff, The Roberti Family, LLC and Defendants, The Town of Kent, Connecticut and The Planning and Zoning Commission of Kent, Connecticut, hereby stipulate to the dismissal of this action, with prejudice and without an award of fees or costs to any party.

This Stipulation of Dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

**THE PLAINTIFF
THE ROBERTI FAMILY, LLC**

By:*/s/Jonathan B. Orleans*
Jonathan B. Orleans (ct05440)
Thomas S. Lambert (ct29561)
Pullman & Comley, LLC
850 Main Street, PO Box 7006
Bridgeport, CT 06601-7006
Tel: 203-330-2129
Fax: 203-576-8888
Email: jborleans@pullcom.com
Its Attorneys

**DEFENDANTS,**
**TOWN OF KENT, CONNECTICUT and**
**THE PLANNING AND ZONING COMMISSION OF THE TOWN OF KENT, CONNECTICUT**


By */s/ Thomas R. Gerarde*
Thomas R. Gerarde (ct05640)
Katherine E. Rule (ct27360)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tel: (860) 249-1361
Fax: (860) 249-7665
tgerarde@hl-law.com
krule@hl-law.com
Their Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Court and served by electronic notification utilizing the Court's CM/ECF notification system upon:

Thomas R. Gerarde, Esq.
Katherine E. Rule, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
tgerarde@hl-law.com
krule@hl-law.com

                                                             */s/Jonathan B. Orleans*
                                                             Jonathan B. Orleans (ct05440)

ACTIVE/81192.1/JORLEANS/11382547v1